UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (MAS) (RLS) <br> JUDGE MICHAEL A. SHIPP <br> MAG. JUDGE RUKHSANAH L. SINGH |
| KATHERINE RODI, <br><br> Plaintiff, <br><br> v. <br><br> JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC.; RED RIVER TALC LLC; JOHNSON & JOHNSON HOLDCO (NA), INC.; JANSSEN PHARMACEUTICALS, INC.; AND KENVUE, INC. <br><br> Defendants. | COMPLAINT AND JURY DEMAND <br><br> DIRECT FILED ACTION |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiff(s) named below file(s) this *Short Form Complaint and Demand for Jury Trial* against Defendants named below by and through the undersigned counsel. Plaintiff(s) incorporate(s) by reference the allegations contained in *Plaintiffs' Master Long Form Complaint* in *In re: Talcum Powder Products Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2738 in the United States District Court for the District of New Jersey. Plaintiff(s) file(s) this Short Form Complaint as permitted by Case Management Order No. 1 of this Court.

In addition to those causes of action contained in *Plaintiffs' Master Long Form Complaint*, where certain claims require specific pleadings and/or amendments, Plaintiff(s) shall add and include them herein.

1

# IDENTIFICATION OF PARTIES

## Identification of Plaintiff(s)

1. Name of individual injured due to the use of talcum powder product(s): <u>Katherine Rodi.</u>

2. At the time of the filing of the specific case, Plaintiff(s) is/are a citizen of <u>City of Plant City, State of Florida.</u>

3. Consortium Claim(s): The following individual(s) allege damages for loss of consortium: <u>N/A</u>.

4. Survival and/or Wrongful Death Claims:

    Name and residence of Decedent Plaintiff when she suffered the talcum powder product(s) related death: <u>          N/A                              </u>

    <u>                                                                                                              </u>

5. Plaintiff/Decedent was born on <u>January 18, 1970.</u>

6. Plaintiff is filing this case in a representative capacity as the <u>N/A          </u> of the <u>            </u> <u>                                   </u>, having been duly appointed as the <u>                          </u> <u>                                   </u> by the <u>                          </u> Court of <u>            </u> <u>                       </u>.

7. As a result of using talcum powder products, Plaintiff/Decedent suffered personal and economic injur(ies) that are alleged to have been caused by the use of the products identified in Paragraph 16 below, but not limited to, the following:

    <u>  X   </u>   injury to herself

    <u>       </u>   injury to the person represented

    <u>       </u>   wrongful death

  _____  survivorship action

  __X__  economic loss

  __X__  loss of services

  _____  loss of consortium

  _____  other:_____

**Identification of Defendants**

8. Plaintiff(s)/Decedent Plaintiff(s) is/are suing the following Defendant(s) (please check all that apply)[1]

  ✓  Johnson & Johnson

  ✓  Johnson & Johnson Consumer Inc.

**Additional Defendants:**

  ✓  Other(s) Defendant(s) (please specify): Red River Talc LLC; Johnson & Johnson Holdco (NA), Inc.; Janssen Pharmaceuticals, Inc.; Kenvue, Inc.

**JURISDICTION & VENUE**

**Jurisdiction:**

9. Jurisdiction in this Short Form Complaint is based on:

  ✓  Diversity of Citizenship

  ☐  Other (The basis of any additional ground for jurisdiction must be pled in

---

[1] If additional Counts and/or Counts directed to other Defendants are alleged by the specific Plaintiff(s) as to whom this *Short Form Complaint* applies, the specific facts supporting these allegations must be pleaded by the Plaintiff(s) in a manner complying with the requirements of the Federal Rules of Civil Procedure, and the Defendants against whom they are alleged must be specifically identified on a separate sheet of paper attached to this *Short Form Complaint*.

3

sufficient detail as required by the applicable Federal Rules of Civil Procedure). _____

**Venue:**

10. District Court(s) and Division (if any) in which venue was proper where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court and to where remand could be ordered by the Judicial Panel for trial: <u>United States District Court for the Middle District of Florida.</u>

## CASE SPECIFIC FACTS

11. Plaintiff(s) currently reside(s) in (City, State): <u>Plant City, FL</u>

12. At the time of the Plaintiff's/Decedent's diagnosis with a talcum powder product(s) injury, Plaintiff/Decedent resided in (City, State): <u>Plant City, FL</u>

13. The Plaintiff/Decedent was diagnosed with a talcum powder product(s) injury in (City, State): <u>Tampa, FL</u> on <u>approximately May 1, 2024.</u>

14. To the best of Plaintiff's knowledge, Plaintiff/Decedent began using talcum powder product(s) on or about the following date: <u>approximately January 1, 1983</u> and continued the use of talcum powder product(s) through about the following date: <u>approximately December 31, 2023.</u>

15. The Plaintiff/Decedent purchased talcum powder product(s) in the following State(s): <u>Puerto Rico, Florida, and Virginia.</u>

16. Plaintiff/Decedent used the following talcum powder products:

    ✓ Johnson & Johnson's Baby Powder

    ✓ Shower to Shower

## CAUSES OF ACTION

17. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference the *Master Long Form Complaint and Jury Demand* as if fully set forth herein.

18. The following claims and allegations asserted in the *Master Long Form Complaint and Jury Demand* are herein adopted by reference by Plaintiff(s):

- ✓ Count I: Products Liability – Strict Liability – Failure to Warn (Against the Johnson & Johnson Defendants)

- ✓ Count II: Products Liability – Strict Liability – Defective Manufacturer and Design (Against the Johnson & Johnson Defendants)

- ✓ Count III: Breach of Express Warranties (Against the Johnson & Johnson Defendants)

- ✓ Count IV: Breach of Implied Warranty of Merchantability (Against the Johnson & Johnson Defendants)

- ✓ Count V: Breach of Implied Warranty of Fitness for a Particular Purpose (Against the Johnson & Johnson Defendants)

- ✓ Count VI: Negligence (Against the Johnson & Johnson Defendants)

- ✓ Count VII: Negligent Misrepresentation (Against the Johnson & Johnson Defendants)

- ✓ Count VIII: Fraud (Against the Johnson & Johnson Defendants)

- ✓ Count XIV: Violation of State Consumer Protection Laws of the State of <u>Alabama</u> (Against the Johnson & Johnson Defendants).

- ✓ Count XV: Fraudulent Concealment (Against the Johnson & Johnson Defendants)

- ✓ Count XVI: Civil Conspiracy (Against All Defendants)

- ✓ Count XVII: Loss of Consortium (Against All Defendants)

- ✓ Count XVIII: Punitive Damages (Against All Defendants)

- ✓ Count XIX: Discovery Rule and Tolling (Against All Defendants)
- ☐ Count XX: Wrongful Death (Against All Defendants)
- ☐ Count XXI: Survival Action (Against All Defendants)
- ☐ Furthermore, Plaintiff(s) assert(s) the following additional theories and/or State Causes of Action against Defendant(s) identified in Paragraph nine (9) above. If Plaintiff(s) includes additional theories of recovery, to the extent they require specificity in pleadings, the specific facts and allegations supporting these theories must be pled by Plaintiff(s) in a manner complying with the requirements of the Federal Rules of Civil Procedure. _____

_____

_____

**WHEREFORE**, Plaintiff(s) pray(s) for relief and judgment against Defendants of compensatory damages, punitive damages, interest, costs of suit, and such further relief as the Court deems equitable and just, and as set forth in the Master Long Form Complaint as appropriate.

## **JURY DEMAND**

Plaintiff(s) hereby demand a trial by jury as to all claims in this action.

Dated: February 3, 2026                           Respectfully Submitted by,

**GOLDENBERG LAURICELLA, PLLC**

By: */s/ Stuart L. Goldenberg*
Stuart L. Goldenberg (MN #0158719)
Noah C. Lauricella (MN #397896)
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
(612) 333-4662 (Tel)
(612) 367-8107 (Fax)
nlauricella@goldenberglaw.com
slgoldenberg@goldenberglaw.com

***Attorneys for Plaintiff***